IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| PENNSYLVANIA INFORMED CONSENT ADVOCATES, INC., : | |
| Plaintiff, : | |
| v. : | NO. 21-4415 |
| UNIVERSITY OF PENNSYLVANIA HEALTH SYSTEM, *et al*, : | |
| Defendants. : | |

# O R D E R

**AND NOW**, this 28th day of June, 2022, upon review of the Motion to Dismiss filed by Defendant, University of Pennsylvania Health System, and Plaintiff's reply, as well as Defendant's response, it is hereby **ORDERED** as follows:

1. The Motion to Dismiss for Failure to State a Claim of Defendant, University of Pennsylvania Health System, (Docket No. 4) is **GRANTED**;

2. Plaintiff's Complaint is **DISMISSED** as to Defendant University of Pennsylvania Health System only; and

3. Plaintiff is hereby given notice that if proper service is not made upon the two remaining Defendants in this matter, Scott Ketcham, United States Secretary of Labor, and Xavier Becerra, United States Secretary of Health and Human Services, within thirty (30) days, Plaintiff's Complaint will be dismissed as to all remaining defendants.

BY THE COURT:

**/s/ Jeffrey L. Schmehl**
Jeffrey L. Schmehl, J.